**JOHN COATS, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. 69655.**

Missouri Court of Appeals,
Eastern District,
Division One.

June 18, 1996.

David Simpson, Asst. Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Attorney General, David G. Brown, Assistant Attorney General, Jefferson City, for respondent.

Before REINHARD, P.J., and KARHOL and GRIMM, JJ.

### ORDER

PER CURIAM.

Movant appeals denial of his Rule 24.035 motion for post conviction relief without an evidentiary hearing. The findings and conclusions of the motion court are not clearly erroneous. Judgment affirmed in accordance with Rule 84.16(b).